STEINBERG, Respondent, v. ROSENTHAL, Appellant. (City Court of New York, General Term. May 23, 1896.) Action by Dora Steinberg against Samuel Rosenthal. A. H. Berrick, for appellant. E. Rosenthal, for respondent.

McCARTHY, J. This is an appeal from an order allowing plaintiff to sue as a poor person. While it is true that the equities may be with the defendant, yet, the court having the right

to grant the order, the only question for us to determine is, was there an abuse of judicial discretion? We cannot say that. Order affirmed. No costs. All concur.